ACCEPTED
06-15-00216-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 1:12:17 PM
DEBBIE AUTREY
CLERK

# Randle Smolarz

Attorney At Law
602 Pine Street
Texarkana, TX 75501
Cell: (903) 277-9213
Email: jrsmolarz@gmail.com

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/10/2015 1:12:17 PM

DEBBIE AUTREY
Clerk

December 10, 2015

VIA INTERNET FILING

Sixth Court of Appeals
Debbie Autrey - Clerk of the Court
100 N. State Line Ave., Ste. 20
Texarkana, Texas 75501

> Re:     Docketing Statement for Appeal of Cause Number 13F0528-102, The State
> of Texas vs. Lorenzo Rena Martinez

Dear Ms. Autrey:

Attached via internet filing you will find the above-referenced Docketing Statement for filing with your office. I have not received an Appellate Docket Number. Therefore, I left it blank.

Please note that I have filed with the trial court a Motion to Certify Inability to Pay with Exhibit 1: Affidavit of Indigency. In this Motion, I have requested a hearing, if necessary. Therefore, in the attached Docketing Statement, I did not check that a hearing has occurred.

I went ahead and filed the Docketing Statement with information potentially left out as a matter of prudence and in an effort to comply with Texas Rules of Appellate Procedure 20.2 and 32.2. Tex. Rul. App. Proc. 32.2 states that "[u]pon perfecting the appeal in a criminal case". It could be argued that a criminal appeal is "perfected" when a Notice of Appeal is filed with the trial court, which was filed on December 8, 2015.

If there is a hearing, I will file an updated Docketing Statement.

Thank you for your consideration.

Sincerely,

Jonathan Randle Smolarz
Attorney at Law
TSB#: 24081154
602 Pine Street
Texarkana, TX 75501
jrsmolarz@gmail.com

| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: Style: | |
| Vs. | State of Texas |

| | |
|---|---|
| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Lorenzo | ☒ Lead Attorney |
| Middle Name: Rena | First Name: Jonathan |
| Last Name: Martinez | Middle Name: Randle |
| Suffix: | Last Name: Smolarz |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed     ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained     ☐ Public Defender |
| | Firm Name: Attorney at Law |
| | Address 1: 602 Pine Street |
| | Address 2: |
| | City: Texarkana |
| | State: Texas    Zip+4: 75501-5517 |
| | Telephone: (903) 277-9213   ext. |
| | Fax: (903) 496-0354 |
| | Email: jrsmolarz@gmail.com |
| | SBN: 24081154 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

### III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

### IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Kelley

Middle Name:

Last Name: Crisp

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name: Bowie Country District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State: Texas          Zip+4: 75501-5514

Telephone: (903) 735-4800          ext.

Fax:

Email: kelley.crisp@txkusa.org

SBN: 24062683          Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Burglary

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: November 10, 2015

Offense charged: Burglary of a Habitation Entry with Commissi

Date of offense: July 13, 2013

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: December 8, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 15 Years plus $10,000 Fine

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No          If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No          If yes, date filed:

Other: ☐ Yes ☒ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA          If yes, date filed:

Date of hearing:          ☐ NA

Date of order:          ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA          If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 102nd District Court

County: Bowie

Trial Court Docket Number (Cause no): 13F0528-102

Trial Court Judge (who tried or disposed of the case):

First Name: Bobby

Middle Name:

Last Name: Lockhart

Suffix:

Address 1: 100 N Stateline

Address 2: Box 10

City: Texarkana

State: Texas     Zip + 4: 75501-5677

Telephone: (903) 798-3527     ext.

Fax: (903) 798-3301

Email:

Clerk's Record:

Trial Court Clerk: ☒ District     ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Dec 8, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested?  ☐ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Dec 8, 2015

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Melanie

Middle Name:

Last Name: Harris

Suffix:

Address 1: 3414 Colonial Circle

Address 2:

City: Texarkana

State: Texas     Zip + 4: 75503-1483

Telephone: (903) 831-6926     ext.

Fax:

Email: harrisrept@aol.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]                    Court: [                              ]

Style: [                                              ]

     Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)          Date: December 10, 2015

_____

Printed Name:                     State Bar No: 24081154

Electronic Signature: /s/ Randle Smolarz     Name: Jonathan Randle Smolarz
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on [                    ] .

_____

Signature of counsel (or pro se party)     Electronic Signature: /s/ Randle Smolarz
                                (Optional)

                       State Bar No.: 24081154

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

         (1) the date and manner of service;

         (2) the name and address of each person served, and

         (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 10, 2015

Manner Served: eServe

First Name: Kelley

Middle Name:

Last Name: Crisp

Suffix:

Law Firm Name: Bowie County District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State Texas                    Zip+4: 75501-5514

Telephone: (903) 735-4800    ext.

Fax:

Email: kelley.crisp@txkusa.org